No. 221. GANTZ v. UNITED STATES. October 12, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of these applications. *Mr. Leonidas C. Dyer* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 311. WOOD v. INDIANA. October 12, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the Circuit Court of Randolph County, Indiana, is denied for the reason that it does not appear from the papers submitted that petitioner has exhausted state remedies by appealing to the highest court of the state the judgment sought to be reviewed. *Forest G. Wood, pro se.*

No. 323. NEW YORK EX REL. PRISAMENT v. BROPHY, WARDEN. October 12, 1942. The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari to the County Court of Cayuga County, New York, is denied. The application for certiorari to the District Court of the United States for the Middle District of Georgia is also denied. *Martin Prisament, pro se.*

No. 125. COATES v. BRADY, WARDEN. October 12, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Court of Appeals of Maryland denied. *Wilbur Coates, pro se.*